**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BILLY E. CRAMER, | ) | No. C 07-04316 JW (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| ARNOLD SCHWARZENEGGER, et al., | ) | |
| Defendants. | ) | |

For the reasons stated on the order of dismissal, the complaint is DISMISSED without prejudice. Judgment is entered accordingly.

The clerk shall close the file.

DATED: October 17, 2007

*/s/ James Ware*
JAMES WARE
United States District Judge

Judgment
G:\PRO-SE\SJ.JW\CR.07\cramer04316_judgment.wpd