11-03-07 Billy E Cramer H-12246

Case No# C 07-04316

Dear Judge!

I am writing you because I filed a Civil Complaint a 1983, but only some of it was aimed at the state of Calif or and Schwarzenegger, the three strike or Roe V Wade intragment and I asked that dateline and Cops american's most wanted be served, and others. I believe this to be unfair not to address all of my Complaint only the state! part of my Complaint, I was lead to believe that only way to get the Court to address a Civil Complaint is to file a formal Complaint, and I did that, and I am asking that all of my Concerns be addressed! this would be unfair to me not to get all issues addressed!

Thank you Billy

11-03-07