C07-4316 JW

Billy E Cramer H-12246
P.O. Box 1050 d-4-109
Soledad Ca 93960
12-04-07

Dear Sir or Madam,
 I received the bill for filing a 1983 Civil Complaint, I don't have $3.50⁰⁰ to send at once, I read the filing instructions, it stated that if I couldn't pay it all at once, that 20% would be taken from the money I receive on my books here in the prison, My family supports me! and I don't have a paying job here in prison but am on a list to get a pay number! My cellmate is being transferred and I hope to get his pay number! or job, I am working on it, so can the court take the 20% of my money? if so thank you, after all, I have been in prison since 03-08-91, so I cant be expected to have $350⁰⁰ on hand but I have a right and civic duty to report and complain about conditions well thanks for your time, I have been on the list for a paying job for 2½ years so please let me pay on time payments
        thanks Billy